```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

**PAUL E. BARCH, JR.**                                              PLAINTIFF

        v.           Civil No. 12-5277

**WASHINGTON COUNTY DETENTION CENTER; STATE PROSECUTOR'S OFFICE; WASHINGTON COUNTY SHERIFF'S OFFICE; STATE OF ARKANSAS; and the CITY OF FAYETTEVILLE, ARKANSAS**                               DEFENDANTS

## O R D E R

Now on this 12th day of September, 2013, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #9), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are **dismissed.**

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE